UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

SHEVAUGHN L. ADAMS,

        Plaintiff,

                                        Case No. 04-CV-73081

vs.                                       HON. GEORGE CARAM STEEH

JOHN E. POTTER, POSTMASTER GENERAL et al.,

        Defendants.
_____/

## ORDER DENYING PLAINTIFF'S MOTION FOR RECONSIDERATION (#13)

     Plaintiff Shevaughn Adams, appearing pro per, filed a "MOTION FOR DEFAULT, COMPENSATORY AND PUNITIVE DAMAGES" on July 26, 2005, which was denied as moot because this lawsuit was dismissed on April 11, 2005 for lack of prosecution. See July 29, 2005 Order. Plaintiff filed the instant motion for reconsideration on August 18, 2005. A motion for reconsideration must be filed within 10 days after entry of the order. E.D. Mich. LR 7.1(g)(1). Plaintiff's motion is thus untimely. Further, plaintiff's motion for reconsideration fails to demonstrate a palpable defect by which the court and the parties have been mislead. E.D. Mich. LR 7.1(g)(3). Plaintiff's lawsuit was properly dismissed over four months ago, and a copy of the Order dismissing plaintiff's claims was mailed to plaintiff's last known address, the same address to which plaintiff was mailed an August 23, 2004 Order striking her representation of other pro se plaintiff's, an Order plaintiff admits she received. The court did not err by denying as moot plaintiff's July 16, 2005 motion where plaintiff's case had been dismissed three months earlier.

     Petitioner's motion for reconsideration is hereby DENIED.

     SO ORDERED.

                                                  s/George Caram Steeh
                                                  GEORGE CARAM STEEH
                                                  UNITED STATES DISTRICT JUDGE

Dated: August 23, 2005

## CERTIFICATE OF SERVICE

Copies of this Order were served on the attorneys of record on August 23, 2005, by electronic and/or ordinary mail.

                                                s/Josephine Chaffee
                                                Secretary/Deputy Clerk